Ex. #1

Jack and Jill of America, Incorporated



Tammy King
National President
Eastern Region

Joli Cooper-Nelson
National Vice President
Southeastern Region

Gladys Henderson
National Program Director
South Central Region

Regina Page
National Recording Secretary
Far West Region

Candace Berry-Vaughn
National Corresponding Secretary
Mid-Atlantic Region

Crystal Johnson Turner
National Treasurer
Central Region

Kimberley Goode
National Editor
Mid-Western Region

**Grievance 6:** Chapter President Latanya Gray lied again when she falsely reported on July 15, 2015 in response to our complaints, that the Executive Board's July 2, 2015 Decision did not include consideration of Allison Copeland's unilaterally changing the rules to choose the Carole Robertson Award Nominee, in violation of Article Viii 3B of the National Bylaws; III 1Aiv and 1B of the National Policies and Procedure; and D, Eii and Eiv of the National Code of Ethics; and in Breach of her fiduciary duty as an Officer.

Decision: The National Advisory Council upholds the decision of the Mid-Atlantic Regional Grievance Committee. *In addition, the National Advisory Council mandates a letter of apology to the mothers of Portsmouth Chapter will be required from Allison Copeland.*

Rational: Although President Gray was found responsible she should not be removed from office for this action. The National Advisory Council finds that Allison Copeland was also responsible for unapproved changes to the Carole Robertson Award Nominee rules.

**Grievance 7:** Chapter President Latanya Gray permitted Teen Advisor Allison [Copeland] to give $14.95 mugs to outgoing Chapter members, in violation of Article VII Section 1 C7 of the Portsmouth Chapter Bylaws.

Decision: The National Advisory Council upholds the decision of the Mid-Atlantic Regional Grievance Committee.

Rational: President Gray should not be removed from office as it is the duty of the Chapter's Courtesy Committee to secure gifts

**Grievance 8:** Chapter President Latanya Gray failed to perform Chapter duties for deceased mother, Sharon Holland, and [failed] to send courtesies to ill mothers, in violation of Chapter Bylaws of Article VII Section C1 and C4.

Jack and Jill of America, Incorporated



Tammy King
National President
Eastern Region

Joli Cooper-Nelson
National Vice President
Southeastern Region

Gladys Henderson
National Program Director
South Central Region

Regina Page
National Recording Secretary
Far West Region

Candace Berry-Vaughn
National Corresponding Secretary
Mid-Atlantic Region

Crystal Johnson Turner
National Treasurer
Central Region

Kimberley Goode
National Editor
Mid-Western Region

Thank you for your commitment and service to Jack and Jill of America, Inc. and the Portsmouth Chapter.

Sincerely,

Joli Cooper-Nelson
26th National Vice President
on behalf of the National Advisory Council

cc: Candace Berry-Vaughn, National Corresponding Secretary
Claudia Curtis, Mid-Atlantic Regional Director
President Latanya Gray, Portsmouth Chapter President

# Jack and Jill of America, Incorporated

Tammy King
National President
Eastern Region

Joli Cooper-Nelson
National Vice President
Southeastern Region

Gladys Henderson
National Program Director
South Central Region

Regina Page
National Recording Secretary
Far West Region

Candace Berry-Vaughn
National Corresponding Secretary
Mid-Atlantic Region

Crystal Johnson Turner
National Treasurer
Central Region

Kimberley Goode
National Editor
Mid-Western Region

October 1, 2015

Mrs. Lisa Cox
1120 Horne Avenue
Portsmouth, VA 23701

Dear Mrs. Cox:

The National Advisory Council met on September 30, 2015 to review your appeal of the Mid-Atlantic Regional Grievance Committee's decision on your nine grievances against Portsmouth Chapter President Latanya Gray.

After careful review of your Appeal Summary and supporting documents, the National Advisory Council reviewed your requested action, "*to remove President Gray from office and to mandate a limited suspension from the chapter.*" As such, the National Advisory Council reviewed, discussed and voted on each of the nine grievance separately, the decision on each grievance is detailed below:

**Grievance 1:** Chapter President Latanya Gray disbursed checks without receipts in violation of Article V, 4A of the National Constitution and Bylaws, G and G.vi of the National Code of Ethics, Article V, 4A of the Chapter Bylaws and the Chapter Voucher which states that money from the requested Voucher is only disbursed with receipts, and her fiduciary duty as a Chapter Officer.

Decision: The National Advisory Council upholds the decision of the Mid-Atlantic Regional Grievance Committee.

Rational: Although the grievance is partially substantiated, President Gray should not be removed from office as she was not *solely* responsible.

**Grievance 2:** Chapter President Latanya Gray failed to properly install the new (historic-all male) Teen Executive Board, in violation of A, D, iii, E, iv, and F. of the National Code of Ethics.

Decision: The National Advisory Council upholds the decision of the Mid-Atlantic Regional Grievance Committee.

Rational: President Gray should not be removed from office for the ineffective planning of an event.