Ex. #2

THE POWER to make a DIFFERENCE

**Jack and Jill of America, Inc.**

**Portsmouth Virginia**

**Portsmouth Chapter**

September 10, 2015

Dear Mothers of the Passionate Portsmouth Chapter,

I would like to offer my sincerest apology to you as a member of this chapter. As Chapter President, I am responsible for the operation of this chapter. My failure to review the Teen bylaws last year led to a bylaw violation. I failed to follow protocol by allowing a Teen by-law change without following correct parliamentarian procedure. This may had led to a change in the outcome of the Carol Robertson award. This fact has caused great distress to many members of the chapter. I will ensure this does not happen again by reviewing our bylaws on a regular basis to make sure we are in compliance with the guidelines we have set for ourselves. Again, I ask for your forgiveness of my oversight.

Respectfully,

L. Gray

Latanya Gray
President, Portsmouth Chapter

Please bring this letter with you to the meeting as confirmation of receipt.

THE POWER to make a DIFFERENCE

**Jack and Jill of America, Inc.**

**Portsmouth Virginia**

**Portsmouth Chapter**

October 9, 2015

Dear Mothers of the Passionate Portsmouth Chapter,

Over the last couple of months there has been an increasing amount of discord in the Chapter. I apologize for whatever role I may have in such discord.

Respectfully,
Allison L. Copeland

Please bring this letter with you to the meeting as confirmation of receipt.