Ex. #3

THE POWER to make a DIFFERENCE

**Passionate Portsmouth Chapter**

**Mother's Meeting Agenda**

**October 20, 2016**

*Oh, the Places We'll Go!*

| | |
|---|---|
| ❖ Call to order | Latanya Gray |
| ❖ Words of Inspiration | Dana Woodson |
| ❖ Adoption of Agenda | |
| ➢ Consent Agenda | |
| • Financial Secretary Report | |
| • Treasurers Report | |
| ❖ Review and Approval of the minutes | |
| ❖ Age Group Reports | |
| ➢ Unicorns | |
| ➢ Road Runners | |
| ➢ Teen Achievers | |
| ❖ Officer Reports | |
| ➢ President | Latanya Gray |
| • Birthday Club | |
| • Review of upcoming Officer positions | |
| • Review of Strategic Plan | |
| ➢ VP/Membership | Tracey Young |
| ➢ Programming | Melanie Gilchrist |
| ❖ Committee Reports | |
| ➢ Bylaws | Janet Lawrence |
| ➢ Morale | Monica Sparks-Williams |
| ❖ Old Business | |
| ➢ Founder's Day Celebration January 22, 2016 | |
| ❖ New Business | |
| ➢ Dad's T-shirts | |
| ➢ Children's Cluster/Regional Family Event weekend February 10-12, 2017 | |
| ➢ Teen Conference June 22-25, 2017 | |
| ➢ Mother's Conference July 27-30, 2017 | |
| ❖ Correspondences | |
| ❖ For the Good of Jack and Jill | |
| ❖ Adjourn | |