Ex. #4

# Portsmouth Chapter of Jack and Jill

## Business Meeting
## October 20th 2016

The Portsmouth Chapter of Jack and Jill met on October 20, 2016. Members in attendance were Sonya Grant, Melanie Gilchrist, Victoria Echols, Lashondra Adams, Tracey Young, Allison Copeland, Lisa Godley, Summer Banks, Latanya Gray, Cheree Macklin-Jones.

The meeting was called to order by President Gray. Quorum was noted and the meeting was declared open for the transaction of business.
The Inspiration poem was read by Lisa Godley.
The Agenda was adopted
A motion to approve the minutes was made by Lisa Godley and seconded by Sonya Grant. The minutes were approved as presented.

**Age Group Report:**
Unicorns: The unicorns mini civic exchange activity will be rescheduled due to a conflict with Halloween.
Road Runners:
Adopt a spot October 22nd 2016
Baby talk café for treats and busy book making (Breast Cancer awareness).
Teens:
Movie night October 9th 2016 (Birth of a Nation).
Two Police officers and an attorney were guest speakers at the Teen meeting on October 18, 2016 to discuss with the teens on how to conduct themselves when being stopped by the Police.
James Madison University tour is scheduled for November 12th 2016
It was moved by Sonya Grant and Seconded by Tracey Young that Mothers are not allowed to attend the teen meetings unless invited, but is allowed to be present for the last fifteen minutes. Motion Passed

**Officer's Report:**
President:

Birthday Club- Happy Birthday to our J&J sisters (September) Thomasina, Dana and Allison. (October) Sonya, Lashondra
Review of upcoming Positions ( Editor and Treasurer)
Review of Strategic plan.

VP/ Membership: Tracey Young
Thirteen members attended the Orientation. The Membership committee will schedule a phone conference to prepare new membership packets.

Programming: Melanie Gilchrist
Medical forms will remain at chapter level.
It was moved by Melanie Gilchrist that the chapter will store the medical forms electronically by each age group chair it was seconded by Allison Copeland.
Motion Passed.
Lashondra Adams will send an email notifying mothers that if they do not have a medical release form on file their child(ren) will not be allowed to participate in activities per National policy.
The chapter Program Handbook is being prepared for submission. Email Program Director any photos from last year to document our chapter activities.
The age group activities are being compiled.
Please register online for the Hour of code event on Saturday November 19th at eventbrite.com

**Committee Reports**
Bylaws: Chair Janet Lawrence
The Chapter bylaws committee reviewed the amendments that passed at the National convention. 82 amendments reviewed, 54 passed, 26 failed and one was withdrawn. The amendments have been submitted for chapter records.
Four Chapter bylaw amendment changes were proposed by chapter members.
The chapter will be voting on the bylaws at our November business meeting.

**Old Business:**
Founder's Day is scheduled for January 22nd 2017