Ex.#5

Lisa Cox
5016 Lake Circle
Portsmouth, VA 23703
(914) 325 8725

January 21, 2017

Via Email and Regular Mail

Claudia Curtis
Regional Director
Mid-Atlantic Region
Jack and Jill of America, Inc.
P.O. Box 51696
Durham, NC 27717

RE: Removal of Thomasina Wright as Teen Advisor

Dear RD Curtis:

This correspondence serves as a formal Notice and Demand that you remove Thomasina Wright from her position as Portsmouth Chapter Lead Teen Advisor ("TA"). Thomasina has proven to be dishonest, mean-spirited, creating confusion and chaos, and whether her actions are an intentional effort to undermine my Son's Teen Presidency, or are just a leftover of bad actions while serving as Co-Chair under former Teen Advisor Allison Copeland who was punished by our Executive Board and National for infractions, Thomasina's actions and behavior are counterproductive to our Teens, and thereby, our Chapter, and she cannot be allowed to continue the privilege of serving as Teen Advisor to guide our Teens.

On Thursday, January 19, 2017 at our regular Chapter Mothers meeting, mothers discussed matters of concern within the Teen group. As the discussion commenced, Thomasina made a loud showing of rising from her seat, putting on her coat, hastily gathering her belongings, and almost storming to exit the meeting. As she was doing this, Thomasina was complaining the entire time about the fact that members were about to discuss some sensitive matters. No one else attempted to storm out to follow her, and all other members remained seated and appeared to be willing to have the discussions. It was only after a member begged Thomasina to stay, that she did take a seat, behind the President, with her coat on and her beg in her lap.

At that meeting, many sensitive matters were discussed and aired (which while not totally resolved, was at least progress for the Chapter). After I arrived home, later that night,

Thomasina sent my Son an Agenda for the upcoming Teen meeting this Sunday, again without consulting my Son as President, and without adding the Black History Month activity my Son outlined. Instead, Thomasina inserted her own Black History activity that neither my Son nor any other Teens had ever heard of or discussed at their meetings.

This is not the first time Thomasina has done this, and is not the first time she has attempted to undermine and minimize my Son as Teen President. Prior to the January 19, 2017 Mothers' meeting, on January 9, 2017, Thomasina sent out an email to the Teens stating that no one had responded to her December email (I am not aware a response was required and it appears other Teen moms also not aware because no one responded). In that email (SEE ATTACHED), Thomasina requested that the Teens meet for dinner and to see the movie "Hidden Figures" on January 15, 2017.

My Son, as Teen President, was shocked and surprised at Thomasina's email. Thomasina had not consulted him prior to sending the email request. My Son responded with an email reminding everyone that the Teens were to see "Hidden Figures" and have a dinner discussion of the movie in February as part of the Teen Black History Month activity. (SEE EMAIL ATTACHED).

After my Son's email reminder to the group, Chapter President Latanya Gray then sent my Son an email stating that our Chapter Teens were supposed to attend a "Hidden Figures" activity hosted by the Hampton Chapter (SEE ATTACHED). This was the first time we had heard of this, and clearly TA Thomasina Wright was not aware of a Teen Hampton activity scheduled for January 15th, since she originally sent our Teens an email requesting that they attend a Chapter activity for January 15th to see the movie and have dinner together (ATTACHED).

Thomasina and Latanya's confusion created major tension and chaos among the Teens and mothers. One mother asked for clarification. One Co-Teen Advisor responded that she was not aware of my Son's previously scheduled February Black History month activity, despite her having received it along with everyone else on November 19, 2016 as part of my Son's Teen President's Report, and despite the activity list sent to her in September and October, and despite activity discussions in the Teen meetings. So there was major chaos and confusion. As a mother, I responded to the mothers' queries to confirm what had transpired and what my Son had stated. The correspondence appeared to become further heated and contentious though, with an email after my email, from Allison Copeland's Son's account, which I believe came from Allison (given our history) but which my son did not recognize was from Allison, and took as an affront from a Teen to me, his mother.

Despite all of this chaos and confusion Thomasina and Latanya created, I still had hope for the Teens going forward, following the January 19, 2017 Mothers' meeting. That was until I arrived home later that evening after the meeting, and saw that Thomasina was trying to

undermine my Son. Therefore, I am left with no choice at this point, but to Demand Thomasina's removal as Teen Advisor.

Previously, again without consulting with my Son, Thomasina sent an email to the Teens about committees etc., and how the committee chairs should send her and the teen advisors their reports. She did not include sending the reports to the Teen President. When I pointed this out to her, Thomasina stated it was simply an "oversight", and I excused it as that.

At the January 19, 2017 Mothers' meeting, when Thomasina reported on the Teen activities during Group Reports, Thomasina stated that the December activity was a "gathering" at the Teen President's house. Thomasina did not state that the activity was instead, a wonderful Bonfire at our home by the lake, with the Teens roasting marshmallows, making smores, having hot chocolate and chili and rice and other refreshments, and sitting outside by the fire well into the night, covered with blankets. Thomasina minimized the efforts of my Son, and the activity he promoted.

Further, my Son hosted a "Police Stop" Forum in October. My Son had a Police Officer and a Police Detective, lead by a former prosecuting Commonwealth's Attorney come to speak to our children about the possible horrific consequences of a police stop gone wrong. The panel was extremely enlightening, the officers conducted hands-on demonstrations, and the Teens, along with the Teen Advisors, asked a multitude of questions. I had previously spoken with Thomasina about announcing the Forum and inviting our Chapter children to this most necessary Forum. She did not.

Moreover, at the commencement of this program year, Thomasina, with the assistance of Latanya, attempted to deny my Son the right as Teen President, to fill vacancies by appointment. Thomasina wanted to fill the vacancies with her desired Teen choices, without asking my Son. She did put one Teen in a position without asking my Son. That Teen does not even attend Teen meetings. Again, major chaos and confusion ensued before the Teen year even started.

All this is on the heels of the complaint I filed with you two years ago against then Teen Advisor Allison Copeland. Thomasina Wright, as Allison's best friend, was Allison's co-Chair, and I now regret giving Thomasina the benefit of the doubt and not including her in the complaint. As you may recall, Allison (with Thomasina) changed the Teen rules which outlined the awarding of the Carole Robertson Award. Allison disallowed the Teens to decide who won the Award, and instead (possibly unwittingly) used then VP Kami Patton and current Program Director Melanie Gilchrist to decide.

The two candidates were Allison's daughter and an exceptionally gifted and talented Teen President. The two essays really provided no comparison, but nonetheless, Allison's daughter "won". (Allison's daughter later told the Teens she was embarrassed and knew that the Teens hated her because of what her mother had done.)

After Allison unilaterally changed the rules without consent, at a following Mothers' meeting, seven Teen mothers moved and voted to prohibit Allison from holding future office as a Teen Advisor.

Allison was incensed! At the year-end Planning meeting, Allison attacked me, and as a former National Officer used her access to go into my personal Jack and Jill MIS account to review my Jack and Jill history, and told me my private information out loud in front of witnesses at the Planning meeting. I was astonished!

That was when I filed a complaint against Allison for abusing her power by reviewing my MIS information, and for unilaterally changing the Teen rules to benefit her child over another child. The Chapter Executive Board ("EB") held Allison accountable for her actions by punishing Allison. The EB stated that Allison could not hold office or any position of power in the Portsmouth Chapter, for the remainder of her tenure in Jack and Jill. Chapter President Latanya Gray refused to implement the EB's Decision, and lied and said the EB did not consider all of the information and did not punish Allison, and that instead, she, as a matter of routine business, went into my MIS, despite my MIS record showing that she did not enter my account at the time indicated. I then filed a complaint against President Gray.

You may recall that ultimately, you instructed that the EB meet again to consider the matter. They did, and issued the exact same punishment against Allison Copeland. My complaint against Allison thereby became moot; however, my complaint against President Gray remained.

Thereafter, a mediator met with Chapter members in an effort to resolve the matter. Continuing since that time, harassment of me and my Son by Latanya and her friends in the Chapter, has become unbearable. When I beseeched Latanya to tell members the truth, she stated that members did not care about the truth and blamed the chaos and additional expense on me, and further placed blame by stating that you told her not to tell the truth to members about the matters.

I believe that Latanya has used her friends and long-standing relationships with friends in the Chapter, and those who she brought into the Chapter, to continue the chaos and confusion, in an effect to deflect and absolve herself of her lies and failed leadership.

Latanya has allowed members to further to lay the responsibility for some of the confusion at your feet. Following Thomasina's outrageously bad behavior at the September Teen meeting, at the October Mothers' meeting (which at the last minute I texted Latanya to tell her I would not attend), Latanya allowed mothers to vote on a retaliatory motion to prohibit me from attending the Teen meetings. This is in spite of the fact that the matter was NOT on the Mothers' Meeting Agenda, and in spite of the fact that Robert's Rules of Order lays out specific

requirements for denying members certain rights. Voting on the motion was allowed to proceed because the movant stated, "The RD has our back!"

Thomasina brought up the motion at the January 19, 2017 Mothers' meeting in an effort to support her contention that I should be kept out of the Teen meetings. It was then revealed that the motion was incorrect and did not effectuate the action the movant Co-Teen Advisor Sonya Grant thought it did. (That motion in itself was retaliatory in that it was revealed by a mother that Sonya Grant made disgustingly disparaging remarks about the mother's daughter, who had successfully run for Teen Foundation Chair against Sonya Grant's daughter. As Teen President, my Son appointed the winning Teen to fill the Teen Foundation Chair's position-not Sonya Grant's daughter. In September, Sonya Grant then used her power as a Teen Advisor to send my Son a (retaliatory) humiliating email admonishing him for sending correspondence to the Teens. I emailed Sonya Grant that her emails of that nature to my Son are not permissible.) Also, in the January 19, 2017 meeting, another mother revealed that Allison Copeland had made disparaging remarks to her regarding another Teen. I advised mothers that since I was a transfer mother from another chapter, I know that it is absolutely forbidden to make negative or disparaging remarks about another member's child.

Knowing that my son was Teen President, and in spite of other mothers' willingness to serve as Teen Advisor, Latanya begged and begged Thomasina Wright to accept the position of Lead Teen Advisor. This was in spite of the fact that Latanya would know, that I would not accept any actions by Teen Advisors to run over or cheat one Teen, in order to benefit another Teen. I have consistently stated that in Jack and Jill, one member's child, is each member's child.

As I outlined in my November 2016 correspondence I sent to you regarding harassment and retaliatory behavior toward me and my Son, Thomasina's (and VP Tracey Young's) behavior toward me at the September 2016 Teen meeting, was outrageous and clearly prohibited. Both women created a major (and disgustingly low) scene in front of our Teens. Shockingly, I witnessed Thomasina behave the same way in front of our Teens then, as she did at our January 19, 2017 Mothers' meeting. As reported to you, and to Latanya contemporaneously with Thomasina's action via text, at the September Teen meeting, Thomasina was so incensed that I attended the meeting, that she screamed and yelled at me while I was sitting in the rear of the room. When I said I was attending the meeting, Thomasina yelled that she was Teen Advisor, and that if I was staying, she was leaving. She then grabbed her belongings muttering, and stormed out. I sat there stunned! Our Teens did not know how to behave. I have now witnessed Thomasina's inappropriate (almost violent) behavior twice. Thomasina's behavior violates Jack and Jill Ethics, Bylaws, and the Teen Advisor Reference Manual.

As you know, no real or substantive effective action resolved the previous matters following the complaints. As you are further aware, federal statutes governing social organizations, prohibit retaliatory behavior against members. Given the contentious history with

the Chapter President, no effort to engage her at this point, will be met with an honest and genuine effort on her part to resolve the matter. Given the circumstances, Latanya's initial begging of Thomasina to even accept the TA position is on its face, retaliatory. Thus, prior to having to resort to outside legal intervention, I ask that you undertake to resolve this matter, post haste.

Accordingly, for all these reasons and, as you are aware, more, this correspondence serves as a formal Demand and Notice that you remove Thomasina Wright as Chapter Teen Advisor, within ten (10) days of the date of this correspondence.

Respectfully,

Lisa Cox, Member
Portsmouth Chapter
(914) 325 8725
lisacox223@gmail.com

Gmail

Lisa Cox <lisacox223@gmail.com>

**Social Event and Teen Meeting**
12 messages

**Sina** <right4girls@aol.com> Mon, Jan 9, 2017 at 7:27 PM
To: zettbug@aol.com, mdharrell@hotmail.com, ladams@pathwaysds.com, aikensfamily5@gmail.com, sslady1@gmail.com, vdjjva@yahoo.com, alleyc7943@aol.com, lisacox223@gmail.com, wallrd@yahoo.com, nicholfisher@yahoo.com, Lisa.Godley@whro.org, sonya1012@msn.com, advfamilycare@msn.com, chereema@hotmail.com, dbwoodson1@verizon.net, young548@yahoo.com, gphilli49@gmail.com, erinsunset.321@gmail.com, justis.fisher@yahoo.com, llisa397@gmail.com, nehemiahaikens@gmail.com, telisew@icloud.com, mcopeland7943@aol.com, Jeffreynoahjonesii@hotmail.com, Jtyrell10@icloud.com, Jasmine111699@gmail.com

Happy New Years!

The teen schedule for January had a ski trip scheduled. We will not be taking the trip due to no responses to my December email.

The new movie "Hidden Figures" is now showing in theaters. Please let me know if you are available to meet as teen group (mothers are welcome) on Sunday afternoon Jan. 15 to see the movie and have dinner afterwards to eat and discuss the movie.

We have a Teen Meeting on January 22 at 3pm. We need to start working on Teen Conference activities (i.e., T-shirt, banner, talent and scrapbook).

Teen Advisor Thomasina
right4girls@aol.com

---

**gphilli49** <gphilli49@gmail.com> Mon, Jan 9, 2017 at 7:52 PM
To: Sina <right4girls@aol.com>, zettbug@aol.com, mdharrell@hotmail.com, ladams@pathwaysds.com, aikensfamily5@gmail.com, sslady1@gmail.com, vdjjva@yahoo.com, alleyc7943@aol.com, lisacox223@gmail.com, wallrd@yahoo.com, nicholfisher@yahoo.com, Lisa.Godley@whro.org, sonya1012@msn.com, advfamilycare@msn.com, chereema@hotmail.com, dbwoodson1@verizon.net, young548@yahoo.com, erinsunset.321@gmail.com, justis.fisher@yahoo.com, llisa397@gmail.com,

nehemiahaikens@gmail.com, telisew@icloud.com, mcopeland7943@aol.com, Jeffreynoahjonesii@hotmail.com, Jtyrell10@icloud.com, Jasmine111699@gmail.com

Hello guys,
I hope everyone had a Happy New Year and a Merry Christmas. I am sad we were not able to arrange the ski trip for January, but as I stated before, I would like to do the "Hidden Figures" movie for Black History Month in February.
I would like to schedule a time to see "Hidden Figures" on Friday, February 3rd at 7 p.m. at Harbor View. I would like Trinity and Jordan Yowell to arrange for the teens to get together afterwards to discuss and talk about the movie, that's why I said I would like to schedule it on a Friday evening so we would have more time. Thank you, and I wish for you to all have a wonderful 2017.

Gavin Phillibert
Teen President
914 325 8710

Sent via my Samsung Galaxy, an AT&T 4G LTE smartphone

-------- Original message --------
From: Sina <right4girls@aol.com>
Date: 1/9/17 19:27 (GMT-05:00)
To: zettbug@aol.com, mdharrell@hotmail.com, ladams@pathwaysds.com, aikensfamily5@gmail.com, sslady1@gmail.com, vdjjva@yahoo.com, alleyc7943@aol.com, lisacox223@gmail.com, wallrd@yahoo.com, nicholfisher@yahoo.com, Lisa.Godley@whro.org, sonya1012@msn.com, advfamilycare@msn.com, chereema@hotmail.com, dbwoodson1@verizon.net, young548@yahoo.com, gphilli49@gmail.com, erinsunset.321@gmail.com, justis.fisher@yahoo.com, llisa397@gmail.com, nehemiahaikens@gmail.com, telisew@icloud.com, mcopeland7943@aol.com, Jeffreynoahjonesii@hotmail.com, Jtyrell10@icloud.com, Jasmine111699@gmail.com
Subject: Social Event and Teen Meeting

Happy New Years!

The teen schedule for January had a ski trip scheduled. We will not be taking the trip due to no responses to my December email.

The new movie "Hidden Figures" is now showing in theaters. Please let me know if you are available to meet as teen group (mothers are welcome) on Sunday afternoon Jan. 15 to see the movie and have dinner afterwards to eat and discuss the movie.

We have a Teen Meeting on January 22 at 3pm. We need to start working on Teen Conference activities (i.e., T-shirt, banner, talent and scrapbook).

# Teen Advisor Thomasina
# right4girls@aol.com

---

**Jeffrey Jones** <jeffreynoahjonesii@hotmail.com> Tue, Jan 10, 2017 at 2:38 PM
To: gphilli49 <gphilli49@gmail.com>
Cc: Sina <right4girls@aol.com>, "zettbug@aol.com" <zettbug@aol.com>, "mdharrell@hotmail.com" <mdharrell@hotmail.com>, "ladams@pathwaysds.com" <ladams@pathwaysds.com>, "aikensfamily5@gmail.com" <aikensfamily5@gmail.com>, "sslady1@gmail.com" <sslady1@gmail.com>, "vdjjva@yahoo.com" <vdjjva@yahoo.com>, "alleyc7943@aol.com" <alleyc7943@aol.com>, "lisacox223@gmail.com" <lisacox223@gmail.com>, "wallrd@yahoo.com" <wallrd@yahoo.com>, "nicholfisher@yahoo.com" <nicholfisher@yahoo.com>, "Lisa.Godley@whro.org" <Lisa.Godley@whro.org>, "sonya1012@msn.com" <sonya1012@msn.com>, "advfamilycare@msn.com" <advfamilycare@msn.com>, "chereema@hotmail.com" <chereema@hotmail.com>, "dbwoodson1@verizon.net" <dbwoodson1@verizon.net>, "young548@yahoo.com" <young548@yahoo.com>, "erinsunset.321@gmail.com" <erinsunset.321@gmail.com>, "justis.fisher@yahoo.com" <justis.fisher@yahoo.com>, "llisa397@gmail.com" <llisa397@gmail.com>, "nehemiahaikens@gmail.com" <nehemiahaikens@gmail.com>, "telisew@icloud.com" <telisew@icloud.com>, "mcopeland7943@aol.com" <mcopeland7943@aol.com>, "Jtyrell10@icloud.com" <Jtyrell10@icloud.com>, "Jasmine111699@gmail.com" <Jasmine111699@gmail.com>

Question, why are we receiving two different dates about the Hidden Figures movie? Please clarify the correct date so that I can plan accordingly.

Thank You
Cheree

Sent from my iPad

On Jan 9, 2017, at 7:52 PM, gphilli49 <gphilli49@gmail.com> wrote:

> Hello guys,
> I hope everyone had a Happy New Year and a Merry Christmas. I am sad we were not able to arrange the ski trip for January, but as I stated before, I would like to do the "Hidden Figures" movie for Black History Month in February.
> I would like to schedule a time to see "Hidden Figures" on Friday, February 3rd at 7 p.m. at Harbor View. I would like Trinity and Jordan Yowell to arrange for the teens to get together afterwards to discuss and talk about the movie, that's why I said I would like to schedule it on a Friday evening so we would have more time. Thank you, and I wish for you to all have a wonderful 2017.
>
> Gavin Phillibert
> Teen President
> 914 325 8710
>
> Sent via my Samsung Galaxy, an AT&T 4G LTE smartphone
>
> -------- Original message --------
> From: Sina <right4girls@aol.com>
> Date: 1/9/17 19:27 (GMT-05:00)
> To: zettbug@aol.com, mdharrell@hotmail.com, ladams@pathwaysds.com, aikensfamily5@gmail.com, sslady1@gmail.com, vdjjva@yahoo.com, alleyc7943@aol.com, lisacox223@gmail.com, wallrd@yahoo.com, nicholfisher@yahoo.com,

Lisa.Godley@whro.org, sonya1012@msn.com, advfamilycare@msn.com, chereema@hotmail.com, dbwoodson1@verizon.net, young548@yahoo.com, gphilli49@gmail.com, erinsunset.321@gmail.com, justis.fisher@yahoo.com, llisa397@gmail.com, nehemiahaikens@gmail.com, telisew@icloud.com, mcopeland7943@aol.com, Jeffreynoahjonesii@hotmail.com, Jtyrell10@icloud.com, Jasmine111699@gmail.com
Subject: Social Event and Teen Meeting

Happy New Years!

The teen schedule for January had a ski trip scheduled. We will not be taking the trip due to no responses to my December email.

The new movie "Hidden Figures" is now showing in theaters. Please let me know if you are available to meet as teen group (mothers are welcome) on Sunday afternoon Jan. 15 to see the movie and have dinner afterwards to eat and discuss the movie.

We have a Teen Meeting on January 22 at 3pm. We need to start working on Teen Conference activities (i.e., T-shirt, banner, talent and scrapbook).

Teen Advisor Thomasina
right4girls@aol.com

---

**LaSondra Adams** <ladams@pathwaysds.com> Tue, Jan 10, 2017 at 3:08 PM
To: Jeffrey Jones <jeffreynoahjonesii@hotmail.com>
Cc: ALLISON COPELAND <alleyc7943@aol.com>, "Jasmine111699@gmail.com" <Jasmine111699@gmail.com>, "young548@yahoo.com" <young548@yahoo.com>, "zettbug@aol.com" <zettbug@aol.com>, "mcopeland7943@aol.com" <mcopeland7943@aol.com>, "llisa397@gmail.com" <llisa397@gmail.com>, "nehemiahaikens@gmail.com" <nehemiahaikens@gmail.com>, "advfamilycare@msn.com" <advfamilycare@msn.com>, "Jtyrell10@icloud.com" <Jtyrell10@icloud.com>, "dbwoodson1@verizon.net" <dbwoodson1@verizon.net>, "sslady1@gmail.com" <sslady1@gmail.com>, "aikensfamily5@gmail.com" <aikensfamily5@gmail.com>, "nicholfisher@yahoo.com" <nicholfisher@yahoo.com>, gphilli49 <gphilli49@gmail.com>, "erinsunset.321@gmail.com" <erinsunset.321@gmail.com>, "telisew@icloud.com" <telisew@icloud.com>, "Lisa.Godley@whro.org" <Lisa.Godley@whro.org>, "wallrd@yahoo.com" <wallrd@yahoo.com>, Sina <right4girls@aol.com>,

"justis.fisher@yahoo.com" <justis.fisher@yahoo.com>, "chereema@hotmail.com" <chereema@hotmail.com>, "lisacox223@gmail.com" <lisacox223@gmail.com>, "vdjjva@yahoo.com" <vdjjva@yahoo.com>, "mdharrell@hotmail.com" <mdharrell@hotmail.com>, "sonya1012@msn.com" <sonya1012@msn.com>

Hi Sheree,

We have all been invite to join the Hampton Chapter and view the movie for Founder's Day on Sunday January 15th at 4pm. I'm not sure I was aware of any other event until now.

On Jan 10, 2017 2:38 PM, "Jeffrey Jones" <jeffreynoahjonesii@hotmail.com> wrote:

Question, why are we receiving two different dates about the Hidden Figures movie? Please clarify the correct date so that I can plan accordingly.

Thank You
Cheree

Sent from my iPad

On Jan 9, 2017, at 7:52 PM, gphilli49 <gphilli49@gmail.com> wrote:

Hello guys,
I hope everyone had a Happy New Year and a Merry Christmas. I am sad we were not able to arrange the ski trip for January, but as I stated before, I would like to do the "Hidden Figures" movie for Black History Month in February.
I would like to schedule a time to see "Hidden Figures" on Friday, February 3rd at 7 p.m. at Harbor View. I would like Trinity and Jordan Yowell to arrange for the teens to get together afterwards to discuss and talk about the movie, that's why I said I would like to schedule it on a Friday evening so we would have more time. Thank you, and I wish for you to all have a wonderful 2017.

Gavin Phillibert
Teen President
914 325 8710

Sent via my Samsung Galaxy, an AT&T 4G LTE smartphone

-------- Original message --------
From: Sina <right4girls@aol.com>
Date: 1/9/17 19:27 (GMT-05:00)
To: zettbug@aol.com, mdharrell@hotmail.com, ladams@pathwaysds.com, aikensfamily5@gmail.com, sslady1@gmail.com, vdjjva@yahoo.com, alleyc7943@aol.com, lisacox223@gmail.com, wallrd@yahoo.com, nicholfisher@yahoo.com, Lisa.Godley@whro.org, sonya1012@msn.com, advfamilycare@msn.com, chereema@hotmail.com, dbwoodson1@verizon.net, young548@yahoo.com, gphilli49@gmail.com, erinsunset.321@gmail.com, justis.fisher@yahoo.com, llisa397@gmail.com, nehemiahaikens@gmail.com, telisew@icloud.com, mcopeland7943@aol.com, Jeffreynoahjonesii@hotmail.com, Jtyrell10@icloud.com, Jasmine111699@gmail.com
Subject: Social Event and Teen Meeting

## Happy New Years!

The teen schedule for January had a ski trip scheduled. We will not be taking the trip due to no responses to my December email.

The new movie "Hidden Figures" is now showing in theaters. Please let me know if you are available to meet as teen group (mothers are welcome) on Sunday afternoon Jan. 15 to see the movie and have dinner afterwards to eat and discuss the movie.

We have a Teen Meeting on January 22 at 3pm. We need to start working on Teen Conference activities (i.e., T-shirt, banner, talent and scrapbook).

Teen Advisor Thomasina
right4girls@aol.com

---

**Lisa** <lisacox223@gmail.com> Tue, Jan 10, 2017 at 3:48 PM
To: LaSondra Adams <ladams@pathwaysds.com>, Jeffrey Jones <jeffreynoahjonesii@hotmail.com>, Lisa Cox <lisacox223@gmail.com>
Cc: ALLISON COPELAND <alleyc7943@aol.com>, "Jasmine111699@gmail.com" <Jasmine111699@gmail.com>, "young548@yahoo.com" <young548@yahoo.com>, "zettbug@aol.com" <zettbug@aol.com>, "mcopeland7943@aol.com" <mcopeland7943@aol.com>, "llisa397@gmail.com" <llisa397@gmail.com>, "nehemiahaikens@gmail.com" <nehemiahaikens@gmail.com>, "advfamilycare@msn.com" <advfamilycare@msn.com>, "Jtyrell10@icloud.com" <Jtyrell10@icloud.com>, "dbwoodson1@verizon.net" <dbwoodson1@verizon.net>, "sslady1@gmail.com" <sslady1@gmail.com>, "aikensfamily5@gmail.com" <aikensfamily5@gmail.com>, "nicholfisher@yahoo.com" <nicholfisher@yahoo.com>, gphilli49 <gphilli49@gmail.com>, "erinsunset.321@gmail.com" <erinsunset.321@gmail.com>, "telisew@icloud.com" <telisew@icloud.com>, "Lisa.Godley@whro.org" <Lisa.Godley@whro.org>, "wallrd@yahoo.com" <wallrd@yahoo.com>, Sina <right4girls@aol.com>, "justis.fisher@yahoo.com" <justis.fisher@yahoo.com>, "chereema@hotmail.com" <chereema@hotmail.com>, "vdjjva@yahoo.com" <vdjjva@yahoo.com>, "mdharrell@hotmail.com" <mdharrell@hotmail.com>, "sonya1012@msn.com" <sonya1012@msn.com>

Hello Ladies:

In Gavin's activity list and President's Report presented to the Teens and reviewed at the Teen meeting, Gavin put forth the ski trip for the January Teen activity, and a Teen Black History Month movie (Hidden Figures) and Teen discussion at a Teen dinner after the movie. Sadly the ski trip appears to be off.

Thomasina sent out an email changing everything, inviting the Teens to Hidden Figures this Sunday afternoon, without having spoken to Gavin.

Latanya then sent Gavin an email after that, stating our Teens had been invited by Hampton (Teens?) to see the movie. Again, no one had spoken with Gavin as our Teen President about changing the Teen plans.
So Gavin's email was simply a reminder of our Teen plans, already in effect for our Teens.

Our Teens are to see Hidden Figures on Friday evening, Friday 3rd, with a Teen dinner, and Teen discussion of the movie (lead by Trinity) at the dinner after the meeting.

Trinity and Gavin are fine with Mothers participating in the question and answer succession after the movie on Friday 3rd.
In this way, our Teens are not merely observers of the movie, but active participants in thoughts and considerations of their thoughts and opinions about the subject, and about black history during that time period.
Thanks.
Lisa Cox
914 325 8725

---

**From:** LaSondra Adams
**Sent:** 1/10/2017 3:08 PM
**To:** Jeffrey Jones
**Cc:** ALLISON COPELAND; Jasmine111699@gmail.com; young548@yahoo.com; zettbug@aol.com; mcopeland7943@aol.com; llisa397@gmail.com; nehemiahaikens@gmail.com; advfamilycare@msn.com; Jtyrell10@icloud.com; dbwoodson1@verizon.net; sslady1@gmail.com; aikensfamily5@gmail.com; nicholfisher@yahoo.com; gphilli49; erinsunset.321@gmail.com; telisew@icloud.com; Lisa.Godley@whro.org; wallrd@yahoo.com; Sina; justis.fisher@yahoo.com; chereema@hotmail.com; lisacox223@gmail.com; vdjjva@yahoo.com; mdharrell@hotmail.com; sonya1012@msn.com
**Subject:** Re: Social Event and Teen Meeting

Hi Sheree,

We have all been invite to join the Hampton Chapter and view the movie for Founder's Day on Sunday January 15th at 4pm. I'm not sure I was aware of any other event until now.

On Jan 10, 2017 2:38 PM, "Jeffrey Jones" <jeffreynoahjonesii@hotmail.com> wrote:

> Question, why are we receiving two different dates about the Hidden Figures movie? Please clarify the correct date so that I can plan accordingly.
>
> Thank You
> Cheree
>
> Sent from my iPad
>
> On Jan 9, 2017, at 7:52 PM, gphilli49 <gphilli49@gmail.com> wrote:
>
> > Hello guys,
> > I hope everyone had a Happy New Year and a Merry Christmas. I am sad we were not able to arrange the ski trip for January, but as I stated before, I would like to do the "Hidden Figures" movie for Black History Month in February.

I would like to schedule a time to see "Hidden Figures" on Friday, February 3rd at 7 p.m. at Harbor View. I would like Trinity and Jordan Yowell to arrange for the teens to get together afterwards to discuss and talk about the movie, that's why I said I would like to schedule it on a Friday evening so we would have more time. Thank you, and I wish for you to all have a wonderful 2017.

Gavin Phillibert
Teen President
914 325 8710

Sent via my Samsung Galaxy, an AT&T 4G LTE smartphone

-------- Original message --------
From: Sina <right4girls@aol.com>
Date: 1/9/17 19:27 (GMT-05:00)
To: zettbug@aol.com, mdharrell@hotmail.com, ladams@pathwaysds.com, aikensfamily5@gmail.com, sslady1@gmail.com, vdjjva@yahoo.com, alleyc7943@aol.com, lisacox223@gmail.com, wallrd@yahoo.com, nicholfisher@yahoo.com, Lisa.Godley@whro.org, sonya1012@msn.com, advfamilycare@msn.com, chereema@hotmail.com, dbwoodson1@verizon.net, young548@yahoo.com, gphilli49@gmail.com, erinsunset.321@gmail.com, justis.fisher@yahoo.com, llisa397@gmail.com, nehemiahaikens@gmail.com, telisew@icloud.com, mcopeland7943@aol.com, Jeffreynoahjonesii@hotmail.com, Jtyrell10@icloud.com, Jasmine111699@gmail.com
Subject: Social Event and Teen Meeting

Happy New Years!

The teen schedule for January had a ski trip scheduled. We will not be taking the trip due to no responses to my December email.

The new movie "Hidden Figures" is now showing in theaters. Please let me know if you are available to meet as teen group (mothers are welcome) on Sunday afternoon Jan. 15 to see the movie and have dinner afterwards to eat and discuss the movie.

We have a Teen Meeting on January 22 at 3pm. We need to start working on Teen Conference activities (i.e., T-shirt, banner, talent and scrapbook).

# Teen Advisor Thomasina right4girls@aol.com

---

**Lisa** <lisacox223@gmail.com> Tue, Jan 10, 2017 at 3:53 PM
To: LaSondra Adams <ladams@pathwaysds.com>, Cheree Macklin-Jones <chereema@hotmail.com>, Lisa Cox <lisacox223@gmail.com>

Hey LaSondra,
Please let me know, as a Teen Co-Advisor, if you have not been receiving Gavin's President's Report and activity lists and emails about this since September, so he can forward those to you again. Your emails have not bounced back. Please let us know...
Thanks.
Lisa C.
914 325 8725

---

**From:** LaSondra Adams
**Sent:** 1/10/2017 3:08 PM
**To:** Jeffrey Jones
**Cc:** ALLISON COPELAND; Jasmine111699@gmail.com; young548@yahoo.com; zettbug@aol.com; mcopeland7943@aol.com; llisa397@gmail.com; nehemiahaikens@gmail.com; advfamilycare@msn.com; Jtyrell10@icloud.com; dbwoodson1@verizon.net; sslady1@gmail.com; aikensfamily5@gmail.com; nicholfisher@yahoo.com; gphilli49; erinsunset.321@gmail.com; telisew@icloud.com; Lisa.Godley@whro.org; wallrd@yahoo.com; Sina; justis.fisher@yahoo.com; chereema@hotmail.com; lisacox223@gmail.com; vdjjva@yahoo.com; mdharrell@hotmail.com; sonya1012@msn.com
**Subject:** Re: Social Event and Teen Meeting

Hi Sheree,

We have all been invite to join the Hampton Chapter and view the movie for Founder's Day on Sunday January 15th at 4pm. I'm not sure I was aware of any other event until now.

On Jan 10, 2017 2:38 PM, "Jeffrey Jones" <jeffreynoahjonesii@hotmail.com> wrote:

> Question, why are we receiving two different dates about the Hidden Figures movie? Please clarify the correct date so that I can plan accordingly.
>
> Thank You
> Cheree
>
> Sent from my iPad
>
> On Jan 9, 2017, at 7:52 PM, gphilli49 <gphilli49@gmail.com> wrote:
>
>> Hello guys,
>> I hope everyone had a Happy New Year and a Merry Christmas. I am sad we were not able to arrange the ski trip for January, but as I stated before, I would like to do the "Hidden Figures" movie for Black History Month in February.
>> I would like to schedule a time to see "Hidden Figures" on Friday, February 3rd at 7 p.m. at Harbor View. I would like Trinity and Jordan Yowell to arrange for the teens to get together afterwards to discuss and talk about the movie, that's why I said I would like to schedule it

**Lisa** <lisacox223@gmail.com> Tue, Jan 10, 2017 at 4:17 PM
To: right4girls <right4girls@aol.com>, LaSondra Adams <ladams@pathwaysds.com>, Jeffrey Jones <jeffreynoahjonesii@hotmail.com>, Lisa Cox <lisacox223@gmail.com>
Cc: ALLISON COPELAND <alleyc7943@aol.com>, "Jasmine111699@gmail.com" <Jasmine111699@gmail.com>, "young548@yahoo.com" <young548@yahoo.com>, "zettbug@aol.com" <zettbug@aol.com>, "mcopeland7943@aol.com" <mcopeland7943@aol.com>, "llisa397@gmail.com" <llisa397@gmail.com>, "nehemiahaikens@gmail.com" <nehemiahaikens@gmail.com>, "advfamilycare@msn.com" <advfamilycare@msn.com>, "Jtyrell10@icloud.com" <Jtyrell10@icloud.com>, "dbwoodson1@verizon.net" <dbwoodson1@verizon.net>, "sslady1@gmail.com" <sslady1@gmail.com>, "aikensfamily5@gmail.com" <aikensfamily5@gmail.com>, "nicholfisher@yahoo.com" <nicholfisher@yahoo.com>, gphilli49 <gphilli49@gmail.com>, "erinsunset.321@gmail.com" <erinsunset.321@gmail.com>, "telisew@icloud.com" <telisew@icloud.com>, "Lisa.Godley@whro.org" <Lisa.Godley@whro.org>, "wallrd@yahoo.com" <wallrd@yahoo.com>, "justis.fisher@yahoo.com" <justis.fisher@yahoo.com>, "chereema@hotmail.com" <chereema@hotmail.com>, "vdjjva@yahoo.com" <vdjjva@yahoo.com>, "mdharrell@hotmail.com" <mdharrell@hotmail.com>, "sonya1012@msn.com" <sonya1012@msn.com>

Thanks Thomasina,

As Lead Teen Advisor, I would really appreciate your contact with Gavin as Teen President, as much as possible, pro-actively, in order to assist Gavin in implementing his activities and plans throughout his tenure as Teen President.
Thanks again!!
Lisa C.
914 325 8725

---

**From:** right4girls
**Sent:** 1/10/2017 4:09 PM
**To:** Lisa; LaSondra Adams; Jeffrey Jones
**Cc:** ALLISON COPELAND; Jasmine111699@gmail.com; young548@yahoo.com; zettbug@aol.com; mcopeland7943@aol.com; llisa397@gmail.com; nehemiahaikens@gmail.com; advfamilycare@msn.com; Jtyrell10@icloud.com; dbwoodson1@verizon.net; sslady1@gmail.com; aikensfamily5@gmail.com; nicholfisher@yahoo.com; gphilli49; erinsunset.321@gmail.com; telisew@icloud.com; Lisa.Godley@whro.org; wallrd@yahoo.com; justis.fisher@yahoo.com; chereema@hotmail.com; vdjjva@yahoo.com; mdharrell@hotmail.com; sonya1012@msn.com
**Subject:** RE: Social Event and Teen Meeting

Lisa,

Thanks for the follow-up with Cheree, but I will discuss the change with other teen advisors and Galvin and send out a clarification.

Thomasina

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Lisa <lisacox223@gmail.com>
Date: 1/10/17 3:48 PM (GMT-05:00)
To: LaSondra Adams <ladams@pathwaysds.com>, Jeffrey Jones <jeffreynoahjonesii@hotmail.com>, Lisa Cox <lisacox223@gmail.com>
Cc: ALLISON COPELAND <alleyc7943@aol.com>, Jasmine111699@gmail.com, young548@yahoo.com, zettbug@aol.com, mcopeland7943@aol.com, llisa397@gmail.com, nehemiahaikens@gmail.com,

From: Myles Copeland <mcopeland7943@aol.com>
Date: 1/10/17 17:13 (GMT-05:00)
To: right4girls <right4girls@aol.com>, Lisa <lisacox223@gmail.com>, LaSondra Adams <ladams@pathwaysds.com>, Jeffrey Jones <jeffreynoahjonesii@hotmail.com>, ALLISON COPELAND <alleyc7943@aol.com>, Jasmine111699@gmail.com, young548@yahoo.com, zettbug@aol.com, llisa397@gmail.com, nehemiahaikens@gmail.com, advfamilycare@msn.com, Jtyrell10@icloud.com, dbwoodson1@verizon.net, sslady1@gmail.com, aikensfamily5@gmail.com, nicholfisher@yahoo.com, gphilli49 <gphilli49@gmail.com>, erinsunset.321@gmail.com, telisew@icloud.com, Lisa.Godley@whro.org, wallrd@yahoo.com, justis.fisher@yahoo.com, chereema@hotmail.com, vdjjva@yahoo.com, mdharrell@hotmail.com, sonya1012@msn.com
Subject: Re: Social Event and Teen Meeting

Question, where's the President?

On Jan 10, 2017, at 4:08 PM, right4girls <right4girls@aol.com> wrote:

Lisa,

Thanks for the follow-up with Cheree, but I will discuss the change with other teen advisors and Galvin and send out a clarification.

Thomasina

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Lisa <lisacox223@gmail.com>
Date: 1/10/17 3:48 PM (GMT-05:00)
To: LaSondra Adams <ladams@pathwaysds.com>, Jeffrey Jones <jeffreynoahjonesii@hotmail.com>, Lisa Cox <lisacox223@gmail.com>
Cc: ALLISON COPELAND <alleyc7943@aol.com>, Jasmine111699@gmail.com, young548@yahoo.com, zettbug@aol.com, mcopeland7943@aol.com, llisa397@gmail.com, nehemiahaikens@gmail.com, advfamilycare@msn.com, Jtyrell10@icloud.com, dbwoodson1@verizon.net, sslady1@gmail.com, aikensfamily5@gmail.com, nicholfisher@yahoo.com, gphilli49 <gphilli49@gmail.com>, erinsunset.321@gmail.com, telisew@icloud.com, Lisa.Godley@whro.org, wallrd@yahoo.com, Sina <right4girls@aol.com>, justis.fisher@yahoo.com, chereema@hotmail.com, vdjjva@yahoo.com, mdharrell@hotmail.com, sonya1012@msn.com
Subject: RE: Social Event and Teen Meeting

Hello Ladies:

In Gavin's activity list and President's Report presented to the Teens and reviewed at the Teen meeting, Gavin put forth the ski trip for the January Teen activity, and a Teen Black History Month movie (Hidden Figures) and Teen discussion at a Teen dinner after the movie. Sadly the ski trip appears to be off.

Thomasina sent out an email changing everything, inviting the Teens to Hidden Figures this Sunday afternoon, without having spoken to Gavin.

The new movie "Hidden Figures" is now showing in theaters. Please let me know if you are available to meet as teen group (mothers are welcome) on Sunday afternoon Jan. 15 to see the movie and have dinner afterwards to eat and discuss the movie.

We have a Teen Meeting on January 22 at 3pm. We need to start working on Teen Conference activities (i.e., T-shirt, banner, talent and scrapbook).

Teen Advisor Thomasina
right4girls@aol.com

---

**gphilli49** <gphilli49@gmail.com> Tue, Jan 10, 2017 at 5:20 PM
To: Myles Copeland <mcopeland7943@aol.com>, right4girls <right4girls@aol.com>, Lisa <lisacox223@gmail.com>, LaSondra Adams <ladams@pathwaysds.com>, Jeffrey Jones <jeffreynoahjonesii@hotmail.com>, ALLISON COPELAND <alleyc7943@aol.com>, "Jasmine111699@gmail.com" <Jasmine111699@gmail.com>, "young548@yahoo.com" <young548@yahoo.com>, "zettbug@aol.com" <zettbug@aol.com>, "llisa397@gmail.com" <llisa397@gmail.com>, "nehemiahaikens@gmail.com" <nehemiahaikens@gmail.com>, "advfamilycare@msn.com" <advfamilycare@msn.com>, "Jtyrell10@icloud.com" <Jtyrell10@icloud.com>, "dbwoodson1@verizon.net" <dbwoodson1@verizon.net>, "sslady1@gmail.com" <sslady1@gmail.com>, "aikensfamily5@gmail.com" <aikensfamily5@gmail.com>, "nicholfisher@yahoo.com" <nicholfisher@yahoo.com>, "erinsunset.321@gmail.com" <erinsunset.321@gmail.com>, "telisew@icloud.com" <telisew@icloud.com>, "Lisa.Godley@whro.org" <Lisa.Godley@whro.org>, "wallrd@yahoo.com" <wallrd@yahoo.com>, "justis.fisher@yahoo.com" <justis.fisher@yahoo.com>, "chereema@hotmail.com" <chereema@hotmail.com>, "vdjjva@yahoo.com" <vdjjva@yahoo.com>, "mdharrell@hotmail.com" <mdharrell@hotmail.com>, "sonya1012@msn.com" <sonya1012@msn.com>

Hey Myles,
Do you have a question for me? The mothers were asking questions so my mother responded. What's your question?

Trinity will check the movie times for February 3rd on which we are scheduled to see the movie. We will have dinner at Buffalo Wild Wings after the movie to discuss what we saw during the movie.

If anybody else has a question, please feel free to text me or call me.

Gavin Phillibert
Teen President
914 325 8710

Teen President's Report
Portsmouth Chapter
Jack and Jill of America, Inc.
November 20, 2016

Gavin Phillibert
Teen President

Dear Teens,

I am ecstatic to say that the teens are coming along. In September, I attended a Mayoral Forum and listened to the six candidates that were running for mayor of Portsmouth, tell us their views and ideas for Portsmouth, if we would elect them as Mayor.

In October, I hosted a Police-Stop Forum. Mrs. Regina Sykes is a former prosecutor for Portsmouth and Newport News. She was on the panel at the Forum with Detective Al Mannings, and Officer Tim Burkett. The Teens and the Advisors asked a lot of questions. The panel answered many questions and had a presentation which talked about what police should mean to us. They talked about the Rules of Engagement with police. They gave us 5 rules: number one is to always be calm, number two is to remain silent, number three is the right to refuse searches, number four is to never get tricked into waiving your rights and number 5 is always determine if you are free to go or leave. Then the Officers role-played a traffic stop by the police. They told us that the police Officers are on edge when they stop a car for a traffic stop because they never know what or who they will encounter. After the role play, the teens continued to ask them any questions about teen rights including about teen curfew. After the presentation, we had delicious refreshments and everyone continued to discuss the police presentation.

November has been a busy time for the teens with school, midterms, and extracurricular activities. Since the advisers have scheduled a couple of college tours, I would like to have some teens who have graduated out of Jack and Jill, talk to the teens about their experience in the transition from high-school to college and their overall college experience.

For December, on Saturday, December 17th at 6:00 p.m., I would like to host a holiday bonfire at my house, where the teens can have dinner, roast marshmallows, drink hot chocolate and hot apple cider, and celebrate the season together.

For January, I hope the assigned teens will organize the teens for the Regional ski trip.

For Black History Month in February, I am hoping that the assigned teens will organize a teen trip to see either the "Hidden Figures" movie about the black female mathematicians at NASA, or the "Loving" movie about the interracial married couple in Virginia in the 1960s who were put in jail just because they got married. To do either of these movies justice, the teen organizers should host a discussion of the chosen movie immediately after the movie, either at a restaurant or at the theater.

For March, I hope the teens can attend the new African American Museum in Washington, D.C.

For April, I expect the teen to organize a fundraising dance.

For May, I would like the teens to have a wrap-up meeting for everyone to discuss what they liked, did not like, and what could have been improved.

With all of these activities throughout the year, the teens will also work on our plans for Teen Conference, and I hope the Teen Conference planning plus the activities that are scheduled, will help the teens to develop and grow and sharpen their leadership skills, and at the same time, help us all to bond with one another.

Sincerely,
Gavin Phillibert
Teen President