Ex.#6

November 16, 2016

Via Email: jjmardcurtis@gmail.com and
Regular Mail

Claudia Curtis
Regional Director
Mid-Atlantic Region
Jack and Jill of America, Inc.
P.O. Box 51696
Durham, NC 27717

Dear Madam RD Curtis:

I am writing to you with hope that you will be able to resolve what has escalated into a distressing matter internally, before it becomes even more so, leading to at this point, further action and outside intervention.

At the May 2016 Mothers' Chapter meeting and Installation ceremony, with no waring, then Treasurer Janet Lawrence stood up and performed a loud and rousing speech about how she had been bullied by the Audit Chair. She behaved very emotionally, stated that her treasurer's documents had been held hostage by "this person", and that she had never been treated so badly in her life. Janet then marched to the front of the dais with a plastic bag, and flamboyantly deposited that bag at the dais (where Chapter President Gray and Executive Officers were seated) and announced empathetically that because of this bad treatment, she therefore resigned her position as Treasurer. It was quite a shocking and disturbing performance. Chapter members were stunned speechless.

I stammered but raised my hand and stated that Janet was talking about me, that I was surprised because as the Audit Chair, I had not spoken to Janet in almost two months because she often said she was travelling when I requested her books for auditing. Portsmouth Chapter mothers had voted to provide quarterly audits to the Chapter so that a final audit would not become too arduous. I was Audit Committee Chair. I stated that I had missed the March quarterly audit because of Janet's delay, but that I had not revealed that to the mothers at the Chapter mothers' meeting, but only to Chapter President Gray. I stated that Janet would not provide the documents I requested, and President Gray had given me the plastic bag containing the Treasurer's documents at the April meeting. I had thanked President Gray at the April meeting. We did not discuss the matter, and I did not know there was an issue or any extenuating circumstances. The Audit Committee provided the quarterly audit for the May meeting, and I brought the Treasurer's documents with me to the May meeting to return to President Gray.

As Treasurer, Janet often delayed turning over her documents with frequent excuses about her need to travel for her job. Janet stated that criticism of her books was not nice because she was very busy, had no training, and this was only a volunteer position.

I am aware that by its very nature, an audit is not necessarily a friendly pat on the back. Our audit reports outlined some improvements that could take place in Janet's documents in order to comport with National record-keeping requirements. Further, it found outstanding monies possibly dissipated, that the Chapter could have been owed due to deposits Program Chair Melanie Gilchrist put on various sites to hold them for events which were never held, and the deposits, without explanation, were never recovered.

At that May meeting, Program Chair Melanie Gilchrist sort of hostilely cut off my explanation. Then, Teen Advisor Co-Chair Sonya Grant (another friend, as well as neighbor, of President Gray's) was permitted to give a lengthy and rambling unrelated soliloquy about how her daughter Caroline Grant does not like Jill and Jack, prefers her cheerleading friends to Jack and Jill, and sometimes refuses to participate in Jack and Jill activities. Members were still in shock at Janet Lawrence's performance, and Sonya Grant's unrelated dissertation was allowed to go on for quite some time.

At the conclusion of the meeting. I spoke with President Gray privately. I asked her if she had known that Janet felt that way. She said yes. I asked her why she had not told me as I could possibly have called Janet to clear up any misunderstanding. No response. I then asked President Gray if she had known in advance, that Janet would give a presentation and resign at the meeting today. President Gray responded yes, that she had known.

To be honest, I was stunned by President Gray's answer. I then asked President Gray why in GOD's name, given the contentious and chaotic events that the Chapter had recently suffered, would she permit Janet to make such a scene on the floor of a Chapter meeting. President Gray's response was that nobody cares, that the members believe I caused them grief and extra expense, and that they are all angry with me about that.

I then asked President Gray to tell the members the truth. President Gray again responded that nobody cared. I then asked that President Gray tell the members the truth anyway, and let them draw their own conclusions so the Chapter could heal. Then President Gray offered as an explanation, that Regional Director Claudia Curtis told her she could not tell the members the truth and could not talk about the matter. I was disgusted, but noticed President Gray looking over my shoulder. I turned around and saw Program Chair Melanie Gilchrist gesticulating behind my back. President Gray and I both looked at Melanie and Melanie said to President Gray, "Do you need help? Do you need me to stay?" President Gray said no.

I left the meeting and was grateful for a reprieve for the summer, and for my upcoming last year in Jack and Jill after 15 years. During the summer, my Son attended the Teen Conference in June as the newly-elected Teen Vice President, and Myles Copeland attended as the newly elected Teen President. I signed-on to work at the Teen Conference.

At the Teen Conference, Myles Copeland was elevated to a Regional position, and my Son was elevated to Teen President. At the time, our Lead Advisor was my friend Tracey Young (Tracey's Co-Advisors were Sonya Grant and Schwanzetta Aiken), with whom I felt comfortable leaving my Son with, on the heels of (as you know) his bad treatment under immediate-past Teen Advisor Allison Copeland and Co-Advisor Thomasina Wright. (Because I had trusted Tracey as the new Lead Teen Advisor, as an experiment last year, Teen mothers did not attend Teen meetings, although we had previously attended Teen meetings.)

My Son was excited about his new position as Teen President, and was excited to appoint his new Teen Vice President, his friend Jordan Young (who happened to be Tracey's Son). I texted Tracey about this in late June at the end of Teen Conference. Tracey stated that she had not yet updated Thomasina Wright since Thomasina had been on vacation. I asked her why she would have to update Thomasina Wright. Tracey then advised me, that President Gray had appointed Thomasina Wright as the new Lead Teen Advisor.

In June, July, and August, I contacted Thomasina regarding my Son's Teen Vice Presidential appointment. Thomasina eventually responded and advised that she wanted my Son to submit "two recommendations" for his Vice President pick, and that she would make that "final decision" of who my Son's Teen Vice President would be at the September 18th Teen meeting. I advised Thomasina that as a former parliamentarian, if my recollection served me well, National mandated that all elections be held by April 30th, and that thereafter, all vacancies were filled with appointments, including Teen positions. Thomasina stated that she would let President Gray decide.

I contacted President Gray, with no response. I contacted President Gray again expressing my concern about this being a repeat of Allison Copeland's bad Teen leadership (for which you know I was forced to file a complaint) of trying to cheat some Teens, in order to benefit other Teens. I requested that if she could not or would not make a decision, that I be permitted to present correspondence on the matter to the upcoming September 11th Executive Board meeting.

President Gray then responded and advised that I could present a letter to the Executive Board. After the Executive Board meeting, President Gray stated that she had advised Teen Advisor Thomasina Wright that my Son could appoint to fill the vacant position of Teen Vice President. Thomasina Wright then emailed that my Son had to submit his Vice Presidential recommendation to her, and further, that he had to give her his reasons for recommending that Teen. My Son did. Ultimately, Thomasina stated that she had "approved" my Son's VP appointment. Later, my Son learned from the Teens that other Teen Officer positions were also vacant.

My Son was told that even though Teen Trinity Woodson was elected as Teen Foundation Chair, the Teens were told (I believe by Tracey Young and Sonya Grant) that the election would have to be "re-done." Apparently Sonya Grant's daughter Caroline (who rarely attended teen meetings and rarely participated), was on the slate as Foundation Chair. Teen Trinity Woodson had been nominated from the floor as Foundation Chair, and the Teens, recognizing Trinity's zest for Jack and Jill and regular participation, voted for Trinity as Foundation Chair. Sonya Grant was furious! She stated the election was improper, made unseemly and disparaging remarks about Teen Trinity Woodson's character, and stated that the election had to be "re-done" in September. Given that a September election was prohibited under National Bylaws, I remarked that my Son should appoint the Foundation Chair. He did, and he appointed Trinity Woodson. My Son stated that Trinity was a hard-worker.

Soonafter, when my Son as Teen President, sent something to the Teens, Co-Advisor Sonya Grant sent my Son a scathing email humiliating him, and instructing him to not send out anything to the Teens, unless he got permission first. I was incredulous. I sent Sonya an email reminding her that even though she had nastily called me a name to my face, and that even though she had disrespectfully commented on everything I said or suggested in meetings, and that although I had chosen to ignore her bad behavior toward me, I would not ignore her bad, humiliating, and demoralizing behavior toward my Son.

Thereafter, Lead Teen Advisor Thomasina Wright sent my Son a proposed teen activity list, partially based on an August 28, 2016 Teen Planning meeting, My Son forwarded Thomasina a list of activities he said he wanted to put into effect during his administration. Thomasina did not incorporate my Son's proposals and sent out the activity list she proposed.

When I attended the September 18th Teen meeting, I sat at the very rear of the room reading the news on my phone. Thomasina yelled across the room and asked me to leave. I softly said that I was going to stay and sit-in. Some Teens, as well as my Son, had already arrived. Thomasina yelled that I could not stay and began to make a scene. I sat quietly in the rear. Mothers and Teens began to arrive. Thomasina yelled that she was Teen Advisor, that she said I could not stay. I stated that the National Bylaws, National Teen Manuel and more, permitted me to stay. I offered her a copy. Thomasina yelled that she had read it. Thomasina then yelled that if I was going to stay, she was leaving. She picked up some papers and stormed out. By this time, more Teens had begun to arrive. I was very upset and surprised at this behavior (but by now I guess I should not be) and I texted President Gray from the meeting in real-time, as the events were unfolding.

Now Vice President, Tracey Young came into the room with her Son. She beckoned me to her with her hand. I waved and stated I would see her after the meeting. Tracey then motioned me toward the hallway with her head. I held up my hand and stated we could talk after the meeting. Tracey then came to the rear of the room and sat next to me. Before she spoke, I advised Tracey that there was nothing she could say that would make me leave the meeting, that we could discuss it after the meeting, that by law and regulation, I was permitted to attend the meeting, and that we could talk later. She stated that Mothers did not attend last year's Teen meeting. I stated that I did not attend because I trusted her, that I was going to stay in this meeting for my Son, and that she was holding up the meeting and making a scene. To my utter amazement, Tracey then held up her hand in my face (as I have seen street kids do) and shouted, "Stop!! Just stop!! Just stop!!" I stated, "Tracey, I am not being disrespectful to you. Please don't behave that way to me." Tracey left.

Thomasina Wright re-entered the room and muttered that I had better not interfere with HER meeting. I stated that I never would. The meeting commenced, was conducted in a normal fashion, activities and officer appointments were discussed (Thomasina appointed Sonya Grant's daughter as parliamentarian without asking my Son, even though Sonya Grant's daughter was not at the meeting at the time.)

In October, I notified President Gray that I would not attend the October Mothers' meeting. I did however, attend the October Teen meeting as I am determined to support and protect my Son in every way possible, as Thomasina and Sonya have shown they do not, and will not, treat my Son fairly and appropriately.

President Gray was well aware of, and had been well-informed of, my concerns. She was well aware of Teen Advisor Allison Copeland's Chapter punishment and National admonition for violating and abusing her power as Teen Advisor, when as Chapter President, she insisted on appointing Thomasina Wright as the new Lead Teen Advisor. President Gray begged and beseeched Thomasina Wright to accept the position, and falsely reported to members that no other mothers were interested in the position.

Allison Copeland's bad behavior had not occurred in a vacuum. It occurred on Thomasina's watch, with Thomasina as Co-Advisor. My Son's inability to fully participate in Teen events that year, were a direct result of Allison's bad behavior under Thomasina's watch.

Now, the November Teen meeting looms before us on November 20th. To-date, Wednesday, November 16, 2016, Lead Teen Advisor Thomasina Wright has not contacted my Son regarding any

preparation for this Sunday's November 20th Teen meeting. However, Thomasina did send out an email to mothers and teens on Sunday, November 13th, advising all Teen Committee members to send their committee reports to herself, and her Co-Advisors.

I advised Thomasina that I believed that the Teen meetings mimicked the Chapter meetings, and that reports are sent to the President so that she (he) can conduct their meetings. Alarmed, I then notified President Gray of my extreme concerns, the lack of training and instruction for my Son, and reminded her of my prior notifications, and her silence. President Gray did not respond, but Thomasina did send me an email stating that her email was an oversight and she would send out another email instructing that my Son should be cc'd on the reports. Demoralized, my Son asked if the Advisor had forgotten about him.

On Sunday, November 13, 2016, my Son learned from other Teen Presidents, that there would be a Teen Presidents' call on Sunday, November 20th. To-date, November 16, 2016, Teen Advisor Thomasina Wright, has failed to inform my Son of the Teen Presidents' Conference call.

As you know, members of organizations are granted certain very basic rights: the right to attend all meetings, the right to make motions, the right to vote, and further, the rights to nominate and hold office. These rights are taken so seriously, Robert's Rules of Order outlines the very special and specific requirements necessary to take away any one of these rights.

My Son and I, have been subjected to very specific and pointed harassment by certain mothers since we transferred into the Portsmouth Chapter of Jack and Jill in 2013. Thankfully, I will graduate out of this Chapter in May 2017, and I am saddened to report, that after 16 years and one graduated child in 2011, I have NEVER felt so badly about my beloved Jack and Jill. Some of the mothers (among them Allison Copeland), with the help of President Gray, have been permitted to abuse their power and harass other Portsmouth Chapter mothers. I believe that is why the Portsmouth Chapter has had difficulty recruiting and retaining old and new, very qualified Jack and Jill mothers. I am so put off at this point, that I cannot even think about joining the Associates, a thought foreign to me, as I always thought that I would upon graduation.

As I am certain you and the National Officers must be aware, the conflict mediator assigned to our Chapter last Fall, pointed out that some of the Portsmouth Chapter mothers behaved in a passive-aggressive manner. She pointed out that they would refuse to speak honestly and openly in Chapter meetings, but then a group, or clique of mothers, would then talk privately, and the remainder of mothers would then be left blindsided by their subsequent actions.

Further, when the conflict mediator met separately with President Gray, Allison Copeland, and myself, she specifically pointed out and advised President Gray and Allison that I felt betrayed and did not trust them, because while I was tending to their children and helping their children to succeed at Teen activities, they were letting my Son fall through the cracks. She further pointed out that when I mentioned my concerns to them, they blamed my Son stating, "He was talking."

As you know, social organizations can make their own rules and regulations. Those rules and regulations must apply fairly to all members. All social organization rules and regulations must be followed, and federal law does not come into play, except when unfair, harassing, or retaliatory behavior is found. I have been advised that in addition to regular liability, individual personal liability may attach to local Chapter Officers who had notice of violative behavior, but failed to act to prevent it.

Accordingly, you asked me in the past if all was well. You asked that I contact you if all was not well. I contact you now to ask for your assistance in stopping this utterly unacceptable harassing and retaliatory behavior toward me, and my Son, so that my Son can act peaceably as Teen President, and so that I can graduate out peaceably, without the need to undertake further and additional action, and without the need for outside intervention to protect my Son.

Thank you in advance for your assistance in this matter, and I look forward to your prompt response. Please feel free to contact me at any time at (914) 325-8725 or lisacox223@gmail.com.

I am respectfully,

Very truly yours,

Lisa Cox