**Ex.#7**

THE POWER to make a DIFFERENCE

**Jack and Jill of America, Inc.**

**Portsmouth Virginia**

**Portsmouth Chapter**

January 29, 2017

Dear Sister Mother Lisa Cox,

The Executive Board met to review the email you sent to the body on January 21, 2017 and found it to be in violation of the Jack and Jill Code of Ethics Section E, which states:

**E. To demonstrate the high regard we have for each other as mothers by:**

> **i. Avoiding derogatory, demeaning and insulting remarks.**
>
> **ii. Being polite, kind, honest, fair and conciliatory.**
>
> **iii. Keeping confidences and maintaining confidentiality.**
>
> **iv. Abiding by and actively supporting official Chapter and Jack and Jill decisions, Regional Rules of order, Regional and National protocol and policies even in the event of personal disagreement.**

For this reason, the Executive Board has ruled to suspend you from participation in the next mothers meeting. If you choose not to honor this decision, a monetary penalty of $50.00 will be assessed. You have been advised repeatedly on the chapter level and by the Region to abstain from these types of group emails, and have already been reprimanded by the Regional Grievance Committee and National Advisory Committee for doing so previously. It is our hope that from this point forward, you would adhere to the Code of Ethics required for all members.

Respectfully,

L. Gray

Latanya Gray

*President, Portsmouth Chapter*

THE POWER to make a DIFFERENCE

**Jack and Jill of America, Inc.**

**Portsmouth Virginia**

**Portsmouth Chapter**

January 29, 2017

Dear Mothers of the Passionate Portsmouth Chapter,

The Executive Board has met to review the letter sent to the body via email on January 21, 2017. As a result, both the Teen Advisor and Teen President have received correspondences to address the expected protocol that is to be followed in regards to chapter correspondences. The author of the letter also received a correspondence from the Executive Board.

In an effort to avoid further chapter conflict, the Board would like to bring to your attention the following guidelines that should be followed by all members.

1. All members will adhere to Jack and Jill protocol in reference to corresponding to the body. Protocol states that all correspondences to the entire body shall come from the President or Corresponding Secretary and should be in reference to conducting the business of the organization only. This instruction has been provided to the body on at least two (2) occasions in written form and verbally by the Regional Director at the special chapter call meeting Fall 2015.
2. Disagreements between members shall initially be addressed independently of the body. If no agreement can be found, the issue can then be submitted to the Executive Board in writing for mediation. It should not be brought before the entire body until these steps have been followed and only if satisfactory resolution has not been obtained. Non-actionable complaints will no longer be addressed during our business meetings. Time will be set aside after the meeting so that mothers who desire to discuss issues of disagreement among the group will have time to do so.

Any future discount of this protocol will be considered a violation of the Jack and Jill Code of Ethics section E. iv. and the mother will be held accountable for the violation by the Executive Board.

Respectfully,

L. Gray

Latanya Gray

*President, Portsmouth Chapter*

Please bring this letter with you to the meeting as confirmation of receipt.