**Ex.#8**

THE POWER to make a DIFFERENCE

**Jack and Jill of America, Inc.**
**Portsmouth Virginia**
**Portsmouth Chapter**

January 29, 2017

Dear TA Thomasina and Teen President Gavin,

The Executive Board has met to review concerns presented to the body and calls your attention to the following Jack and Jill Protocol that is expected to be followed:

1. The Teen President will take primary responsibility for creating the teen meeting agenda. He will then forward the draft agenda to the Teen Advisor for review and approval. It will not be sent to the body unless it has been approved by the Teen Advisor. Once approved, no further changes will be made prior to its dissemination to the body via the Teen President or Teen Secretary.

2. All Teen President correspondences meant for the entire teen body shall be reviewed and approved by the Teen Advisor prior to dissemination to the body.

3. If the Teen Advisor has recommendations or information to be shared with the teen body, she will discuss the items with the Teen President prior to his dissemination of the information to the group. It is preferable that all correspondences to the teen body come from the Teen President or Teen Secretary and not the Teen Advisor.

Any violation of the above written standard shall be reviewed by the Executive Board to determine what disciplinary action, if any, is needed.

Respectfully,

L. Gray

Latanya Gray
*President, Portsmouth Chapter*

Please bring this letter with you to the meeting as confirmation of receipt.