Court Name: United States District Court
Division: 2
Receipt Number: 24683033870
Cashier ID: tlevinso
Transaction Date: 02/14/2017
Payer Name: LISA COX

---

CIVIL FILING FEE
For: LISA COX
Amount: $400.00

---

CHECK
Check/Money Order Num: 463
Amt Tendered: $400.00

---

Total Due: $400.00
Total Tendered: $400.00
Change Amt: $0.00

LISA COX
2:17cv96